PRENDERGAST, J. (dissenting). Webster defines a "pool" to be:

"A small and rather deep collection of (usually) fresh water, as one supplied by a spring, or occurring in the course of a stream."

The Century Dictionary defines a "pool" to be:

"A part of a small stream where the bed suddenly deepens and broadens, forming a relatively still, deep and wide stretch of water."

The statute (article 780, P. C.) is:

"Any person who shall take, catch * * * any fish by means of seines * * * in any lake, pool, or pond * * * without the consent of the owner of such lake, pool, or pond, shall be" punished, etc.

There can be no question but that the Legislature meant and intended by "pool" in this statute just exactly the body of water defined by the lexicographers above quoted. In fact, every one in this country knows that a pool means a body of water occurring in a creek or stream, whether the water be running or not. The uncontradicted evidence shows appellant caught fish with a seine out of a hole of water—pool—in Paint creek, without the owner's consent. This was exactly what the law said should be punished. The law was intended to protect the owner of the fish on his own premises. The evidence does not show the fish were taken out of a stream, or water course, as contradistinguished from a pool therein, but out of a pool in a creek.

The judgment should be affirmed, not reversed. I dissent.

---

## OWENS v. STATE.   (No. 4431.)

(Court of Criminal Appeals of Texas. April 18, 1917.)

CRIMINAL LAW ⬿1076(1)—APPEAL—RECOGNIZANCE.

An appeal from a conviction of unlawfully carrying a pistol is not perfected by the giving of an appeal bond instead of entering in a recognizance, and must be dismissed; the appellate court acquiring no jurisdiction.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2716.]

Appeal from Erath County Court; W. E. Bower, Judge.

Bob Owens was convicted of unlawfully carrying a pistol, and he appeals. Appeal dismissed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of unlawfully carrying a pistol, and assessed the lowest punishment.

In attempting to appeal he gave an appeal bond instead of entering into a recognizance. Upon the motion of the Assistant Attorney General the appeal is dismissed because this court has not acquired jurisdiction. Whitcomb v. State, 190 S. W. 484.

The appeal is dismissed.